Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Joe R. Whatley, Jr. solely in his capacity as the
WD Trustee of the WD Trust,

       Plaintiff,

v.

Canadian Pacific Railway Company, Soo
Line Railroad Company,

       Defendants.

FOURTH AMENDED
JUDGMENT IN A CIVIL CASE

Case No.    1:16-cv-00074

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to Order filed February 16, 2023, Judgment is entered in favor of the Plaintiff and against the Defendants, leaving the amount of damages open at this time.

Pursuant to the Order filed August 14, 2025, Canadian Pacific is granted a complete reduction in the Judgment against it in the amount of $3,950,464.00 awarded with a prejudgment interest rate to begin on July 7, 2013, at a rate of 4.87 percent compounded annually. Whatley's award against Canadian Pacific is hereby reduced to $0.00. See Doc. No. 471-1.

Pursuant to the Order dated October 28, 2025, Defendants' Motion for Costs is GRANTED, in part, and DENIED, in part. Defendants are awarded costs totaling $35,477.45.

Date: October 28, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*