# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Joe R. Whatley, Jr., solely in his capacity as WD Trustee of the WD Trust,<br><br>    Plaintiff/Judgment Debtor,<br><br>v.<br><br>Canadian Pacific Railway Company, Soo Line Railroad Company,<br><br>    Defendants/Judgment Creditors. | Case No. 2:26-mc-00019 |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MAINE OR ANY OF HIS DEPUTIES, GREETINGS:

WHEREAS, Defendants Canadian Pacific Railway Company and Soo Line Railroad Company recovered judgment on October 28, 2025 (collectively "Judgment Creditor") in the United States District Court for the District of North Dakota against the Plaintiff **Joe R. Whatley, Jr., solely in his capacity as WD Trustee of the WD Trust** ("Judgment Debtor") for their costs in the amount of $35,477.45, and

WHEREAS, said judgment has been duly registered for enforcement by this Court.

NOW THEREFORE, YOU ARE COMMANDED to levy upon the goods, chattels, lands and other property of the Judgment Debtor within the District of Maine and cause the same to be paid and satisfied to the Judgment Creditor in the sum of $35,477.45, with post-judgment interest accruing at 3.57% from the date of said judgment, and make return of this writ within three years from this date.

Dated:

                                                  ERIC M. STORMS,
                                                ACTING CLERK

By: _____
        Deputy Clerk